

Perkins Coie LLP  
1155 Avenue of the Americas  
22nd Floor  
New York, NY 10036-2711

T. +1.212.262.6900  
F. +1.212.977.1649  
perkinscoie.com

March 21, 2025

Adam R. Mandelsberg  
AMandelsberg@perkinscoie.com  
D. +1.212.261.6867  
F. +1.212.399.8067

**VIA ECF**

Hon. Margo K. Brodie  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Chambers 626N, Courtroom 6F  
Brooklyn, NY 11201

**Re:**   *Hyman v. Cummings-Ramone*, Case No. 1:24-cv-05920-MKB-JAM

Dear Chief Judge Brodie:

We write on behalf of defendant and movant Linda Ramone in the above-captioned matter, pursuant to Your Honor's Individual Practice Rule 3(D). The Motion to Dismiss the First Amended Complaint has now been fully briefed, and, in accordance with Your Honor's Individual Practices and Rules 1(D) and 3(D), courtesy copies of the following papers will be delivered to the Court:

- Ms. Ramone's Motion to Dismiss the First Amended Complaint (Dkt. No. 29);

- Ms. Ramone's Memorandum of Law in Support of Motion to Dismiss the First Amended Complaint (Dkt. No. 29-1);

- Declaration of Adam R. Mandelsberg in Support of Motion to Dismiss the First Amended Complaint, and accompanying Exhibit 1 (Dkt. No. 29-2 and 29-3);

- Plaintiff Mitchel Hyman's Opposition to Ms. Ramone's Motion to Dismiss the First Amended Complaint (Dkt. No. 30);

- Ms. Ramone's Reply Memorandum of Law In Further Support of her Motion to Dismiss the First Amended Complaint (Dkt. No. 31); and

- Reply Declaration of Adam R. Mandelsberg In Further Support of the Motion to Dismiss the First Amended Complaint (Dkt. No. 31-1), and accompanying Exhibits 1 (Dkt. No. 31-2), 2 (Dkt. No. 31-3), and 3 (Dkt. No. 31-4).

Respectfully submitted,

*/s/ Adam R. Mandelsberg*  
Perkins Coie LLP

cc:   All counsel via ECF